IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, INC., | No. C-08-5515 MMC |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| RANDY PEEK, | |
| Defendant. / | |

    Before the Court is plaintiff's Request to Continue Case Management Conference, filed April 1, 2009. Having read and considered the request and the Declaration of Annie S. Wang in support thereof, the Court finds good cause for the relief sought and hereby GRANTS the request.

    Accordingly, the Case Management Conference scheduled for April 10, 2009 is hereby CONTINUED to May 15, 2009. A Case Management Conference Statement shall be filed no later than May 8, 2009 and shall include a proposed deadline for the filing of plaintiff's motion for default judgment.

    **IT IS SO ORDERED.**

Dated: April 3, 2009

MAXINE M. CHESNEY
United States District Judge